Argued and submitted October 28, affirmed November 25, 2009

**STATE OF OREGON,**
*Plaintiff-Respondent,*

*v.*

**SHEILA JEAN FISHER,**
*Defendant-Appellant.*

Lincoln County Circuit Court
063951; A137580

221 P3d 832

David O. Ferry, Deputy Public Defender, argued the cause for appellant. With him on the brief was Peter Gartlan, Chief Defender, Office of Public Defense Services.

Christina M. Hutchins, Senior Assistant Attorney General, argued the cause for respondent. With her on the brief were John R. Kroger, Attorney General, and Jerome Lidz, Solicitor General.

Before Haselton, Presiding Judge, and Armstrong, Judge, and Carson, Senior Judge.

PER CURIAM

Affirmed. *State v. Gerrish*, 311 Or 506, 815 P2d 1244 (1991); *State v. Cobb*, 224 Or App 594, 198 P3d 978 (2008), *rev den*, 346 Or 364 (2009).